**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THRIVE LTD., SOCIETY LLC, and COREY JACOBS,<br><br>　　　　　Defendants. | Case No. 8:24-cv-02773-FWS-KES<br><br>**JUDGMENT** |

///

///

///

# **JUDGMENT**

On March 28, 2025, the court granted in substantial part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Thrive Ltd. ("Thrive"), Defendant Society LLC ("Society"), and Defendant Corey Jacobs ("Jacobs") (collectively, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the amount of **$67,689.11**, which represents:
   a. Compensatory damages of $58,794.48 on the First EFA;
   b. Prejudgment interest of $2,368.17 on the First EFA;
   c. Attorney fees in the amount of $5,746.46; and
   d. Costs in the amount of $780.00.
2. In addition, judgment is entered in this matter in favor of Balboa and against Thrive and Jacobs, jointly and severally, in the amount of **$50,789.62**, which represents:
   a. Compensatory damages of $48,528.62 on the Second EFA; and
   b. Prejudgment interest of $2,261.00 on the Second EFA;
3. The Clerk is **ORDERED** to enter this Judgment forthwith.

DATED: March 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE